In the Matter of the Transfer Tax upon the Estate of Mary Lewis, Deceased. Catharine T. Moulton and Others, Appellants; The Comptroller of the State of New York, Respondent.— Order reversed, with costs, on the authority of *Matter of Lansing* (182 N. Y. 238) and *Matter of Haggerty* (128 App. Div. 479). (Houghton, J., dissenting.) Settle order on notice.

Josephine Strauss, Respondent, v. Margaret Thoman, as Treasurer of Greater New York Lodge, No. 138, Ladies' Auxiliary to the Brotherhood of Railroad Trainmen, Appellant. — Determination affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Emma Rosenberg, Appellant, v. Jacob Freezer and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Elvira J. Byrne, Respondent, v. Nathan Straus and Isidor Straus, Doing Business under the Firm Name and Style of R. H. Macy & Co., Appellants. Thomas F. Byrne, Respondent, v. Nathan Straus and Isidor Straus, Doing Business under the Firm Name and Style of R. H. Macy & Co., Appellants.— Judgment and order affirmed, with costs in each case. No opinion.

Stanley M. Isaacs and Isabel E. Levy, as Executors, etc., of Isaac S. Isaacs, Deceased, Appellants, v. The Mutual Reserve Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion.

Thomas Brennan, Appellant, v. Concetta Marrone and Michael Marrone, Respondents.— Order affirmed, with costs. No opinion.

Mary L. Hall, Appellant, v. Metropolitan Street Railway Company, Respondent. — Judgment and order affirmed, with costs. No opinion.